UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00134(1)-CRW |
| | § | |
| (1) Juan Fabela-Piedra | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 18, 2026, wherein the defendant (1) Juan Fabela-Piedra waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Juan Fabela-Piedra to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Juan Fabela-Piedra's plea of guilty to Count One (1) is accepted.

Signed this 1st day of September, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE